<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7732**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

SHON CONNER WILLIAMS, a/k/a Baby Boy,

Defendant – Appellant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Cameron McGowan Currie, District Judge.  (0:99-cr-00659-CMC-7)

Submitted:  May 4, 2011                    Decided:  May 19, 2011

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Shon Conner Williams, Appellant Pro Se.  Marshall Prince, II, Assistant United States Attorney, Nancy Chastain Wicker, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shon Conner Williams appeals the district court's order denying his motion for reduction of his sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Williams</u>, No. 0:99-cr-00659-CMC-7 (D.S.C. Dec. 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>